CHICAGO JUDO AND KARATE CENTER, INC., Plaintiff-Appellant, *v.* EDDIE McGEE, Defendant.—(TISZAR GREEN, d/b/a GREENS DISCOUNT STORE, Garnishee-Defendant Appellee.)

(No. 60978; ▮▮▮▮▮▮▮▮▮)

First District (5th Division)—April 25, 1975.

PER CURIAM.

Herman Grant, of Chicago, for appellant.

Chester L. Blair, of Chicago, for appellee.